IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>HOLYOKE WATER POWER COMPANY and<br>CITY OF HOLYOKE GAS & ELECTRIC<br>DEPARTMENT,<br><br>Defendants. | CIVIL ACTION NO. 04-30119-MAP |

## MOTION OF UNITED STATES SEEKING
## CONSOLIDATION OF ACTIONS

On June 22, 2004, the United States filed the above-captioned action against Holyoke Water Power Company and City of Holyoke Gas & Electric Department. On the same day, the Commonwealth of Massachusetts ("Commonwealth") filed a similar action against these parties. *Commonwealth of Massachusetts v. Holyoke Water Power Company and City of Holyoke Gas & Electric Department*, Civil Action No. 04-30120-MAP. The United States hereby requests, pursuant to Fed. R. Civ. P. 42(a) and Local Rule 40.1(J), that the Court consolidate these two

-2-

actions and has filed a Memorandum in support of this Motion. The Commonwealth does not object to this Motion.

Respectfully submitted,

THOMAS L. SANSONETTI
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Peter K. Kautsky*
PETER K. KAUTSKY
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530


MICHAEL J. SULLIVAN
United States Attorney
District of Massachusetts

*/s/ Karen Goodwin*
KAREN GOODWIN
1550 Main Street
U.S. Courthouse, Room 310
Springfield, MA 01103
(413) 785-0235

Dated: November 4, 2004

-3-

## CERTIFICATE OF SERVICE

I, Karen Goodwin, hereby certify that the foregoing was served, via first-class mail, this __ day of November, 2004, on the persons listed below:

Linda T. Landis, Esq.
Holyoke Water Power Company
Public Service Company of New Hampshire
1000 Elm Street
Manchester, NH 03105

John J. Ferriter, Esquire
Ferriter & Ferriter LLC
150 Lower Westfield Road, Suite 100
Holyoke, MA 01040

Matthew Brock
Assistant Attorney General
Commonwealth of Massachusetts
Office of the Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108